

# MANDATE

## The Fifteenth Court of Appeals

### NO. 15-24-00069-CV

Texas A&M University Department of Transportation, Parking Services Department, Appellant

v.

Jeffrey Richmond Reeves and Tom David Grimm, Appellees

Appealed from the 472nd District Court of Brazos County. (Trial Court No. 23-002470-CV-472). Opinion delivered by Justice Farris. Chief Justice Brister and Justice Field also participating.

**TO THE OF BRAZOS COUNTY, GREETINGS:**

Before our Court of Appeals on January 30, 2025, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an accelerated interlocutory appeal from an order denying in part a plea to the jurisdiction in favor of appellee, Jeffrey Richmond Reeves, signed February 9, 2024, was heard on the appellate record. We have inspected the record and find error in the order. We therefore **REVERSE** the order of the court below in part and **REMAND** to the trial court to give Reeves an opportunity to amend his pleadings for the reasons provided in the court's opinion.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, on April 17, 2025.

CHRISTOPHER A. PRINE, CLERK